THE LAW OFFICES OF DARRYL E. YOUNG, BAR #255894
650 W. 20ᵗʰ Street
Merced, California, 95340
Telephone: (209) 354-3500
Facsimile: (209) 354-3502

Attorney for Defendant Jesus Lepe

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JESUS LEPE,<br><br>                    Defendant. | No.  1:21-CR-00279-ADA-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF DARRYL YOUNG AS ATTORNEY OF RECORD AND ORDER** |

        On November 23, 2021, Defendant Jesus Lepe was indicted on federal charges.  CJA Panel Attorney Darryl Young was appointed as trial counsel to represent Mr. Lepe on his criminal case.  Mr. Lepe was sentenced pursuant to a plea agreement on November 13, 2023.  The time for filing a direct appeal was December 4, 2023.  No direct appeal was filed.   Mr. Lepe was in custody at sentencing.  The trial phase of Mr. Lepe's criminal case has, therefore, come to an end.  Having completed his/her representation of Mr. Lepe, CJA attorney Darryl Young now moves to terminate his appointment under the Criminal Justice Act.

        Should Mr. Lepe require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite

330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free),

which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated:  December 5, 2023                        Respectfully submitted,


                                                /s/Darryl Young_____
                                                Attorney's Name, Attorney for
                                                Defendant, Jesus Lepe

1

**ORDER**

2

3          Having reviewed the notice and found that attorney Darryl Young has completed the

4   services for which he was appointed, the Court hereby grants attorney Young's request for leave

5   to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance,

6   Defendant is advised to contact the Office of the Federal Defender for the Eastern District of

7   California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office

8   is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange

9   for the reappointment of counsel to assist Defendant.

10         The Clerk of Court is directed to serve a copy of this order on Defendant Jesus Lepe at the

11  following address and to update the docket to reflect Defendant's pro se status and contact

12  information.

13  Fresno County Jail
    1225 M St
14  Fresno, CA 93721.

15

16  IT IS SO ORDERED.

17     Dated:   **December 26, 2023**

18                                                              _Jennifer L. Thurston_
                                                              UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28